UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| | : | CR. NO. 19-170 (JBS) |
| JOHNNY BOBBITT, JR. | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 6TH day of MARCH, 2019,

ORDERED that Federal Public Defender, Lori Koch, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

*Jerome B. Simandle*
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender